# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 508 EAL 2014
:
                 Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v. :
:
:
:
JAMES E. SATTERTHWAITE, :
:
                 Petitioner :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 17th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.